United States District Court
Southern District of Texas
**ENTERED**
March 29, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHIHZEO HU | § | |
| VS. | § | NO. 4:17-cv-00943 |
| ALLSTATE TEXAS LLOYDS | § | |

### ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE

BE IT REMEMBERED that on this 28th day of March, 2018, came on to be heard the Motion to Dismiss with Prejudice of Plaintiff, **CHIHZEO HU**, in the above styled and numbered cause of action, seeking dismissal of said cause with prejudice as to the Defendant, ALLSTATE TEXAS LLOYDS, and the Court having considered same, is of the opinion and finds that all matters in dispute between the parties have been fully and finally compromised and settled and that said Motion should be in all things sustained; it is, therefore,

ORDERED, ADJUDGED and DECREED that Plaintiff's cause of action as hereinabove set forth be, and it is hereby DISMISSED WITH PREJUDICE as to Defendant, ALLSTATE TEXAS LLOYDS; and it is further

ORDERED that taxable costs of Court herein incurred are hereby taxed against the party incurring same.

SIGNED this 28th day of March, 2018.

_____
JUDGE PRESIDING

APPROVED:

_____
Charlie Gustin
State Bar No. 24078605
Daly & Black, PC
2211 Norfolk Street, Ste. 800
Houston, Texas. 77098
cgustin@dalyblack.com
(713)655-1405 - OFFICE
(713)655-1587 - FACSIMILE
**ATTORNEY FOR PLAINTIFF**


HOPE & CAUSEY, P. C.


*/s/ John M. Causey w/ permission*
_____
John M. Causey
State Bar No. 04019100
P. O. Box 3188
Conroe, Texas   77305-3188
(936) 441-4673 - Metro
(936) 441-4674 – Facsimile
hcdocket@hope-causey.com
**ATTORNEYS FOR DEFENDANT ALLSTATE TEXAS LLOYD'S**